USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRICK DERMONT TAYLOR,

                Plaintiff,

     - against -

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

22-CV-10214 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On December 1, 2022, Plaintiff, a pretrial detainee currently confined in the Robert N. Davoren Center ("RNDC") on Rikers Island, brought this *pro se* action alleging that RNDC medical staff is not providing him with adequate medication for his serious medical conditions. (Dkt. 1.) On February 7, 2023, the Court granted Plaintiff's request to proceed *in forma pauperis*. (Dkt. 4.)

      On March 1, 2023, Judge Rochon (1) dismissed all claims against the New York City Department of Correction; (2) added the City of New York and the NYC Health + Hospitals ("H&H") as defendants; (3) and, pursuant to *Valentin v. Dinkins* 121 F.3d 72 (2d Cir. 1997), ordered H&H to identify the RNDC medical staff members Plaintiff seeks to sue within 60 days of the order. Within 30 days of receiving that identification information, Plaintiff must file an amended complaint naming each of the RNDC medical staff members. (Dkt. 6.)

      On April 3, 2023, Defendants filed a letter requesting that the Court set a uniform deadline for Defendants to answer or respond to the Complaint. (Dkt. 14.) On April 4, 2023, Judge Rochon extended Defendants' deadline to answer or otherwise respond to

1

May 24, 2023 and ordered Defendants to provide the Court with an update on whether the additional potential defendants have been identified by May 10, 2023.  (Dkt. 15.)

On April 4, 2023, Defendants' counsel filed a letter stating that it had conducted a thorough investigation but was unable to identify the medical staff members Plaintiff seeks to sue with the information provided.  (Dkt. 16.)

Accordingly, by **May 6, 2023**, Plaintiff shall provide to Defendants any identifying information he can regarding the relevant RNDC staff, including, but not limited to, (1) the number of medical providers involved in the allegations at issue; (2) descriptions of the physical appearances of each provider; (3) the role played by each provider; and (4) any additional information that may aid in identifying the individuals alleged to have committed any of the conduct alleged in the Complaint.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 6, 2023
        New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Darrick Dermont Taylor
Rikers Island, RNDC
11-11 Hazen Street
East Elmhurst, NY 11370