```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRICK DERMONT TAYLOR,

                    Plaintiff,

      - against -

CITY OF NEW YORK, et al.,

                  Defendants.
------------------------------------------------------------X

22-CV-10214 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On June 22, 2023, pro se Plaintiff was released from incarceration. Plaintiff has not filed any new or forwarding address, and mail sent to him by the Court has since been returned as undeliverable.

    Accordingly, Defendants shall contact the last facility at which Plaintiff resided and ask for any forwarding address or a last-known home address. By August 1, 2023 Defendants shall file a status letter reporting on the results of their inquiry.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2023
       New York, New York