UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRICK DERMONT TAYLOR,<br><br>       Plaintiff,<br><br> -against-<br><br>CITY OF NEW YORK, et al.,<br><br>       Defendants. | 1:22-cv-10214 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On July 20, 2023, Defendants filed a motion to dismiss. ECF No. 20. *Pro se* Plaintiff was served with notice of this motion on the same day. ECF No. 30. To-date, Plaintiff has not filed any response to Defendants' motion.

  Given Plaintiff's current housing situation, the Court will extend Plaintiff's deadline to respond to the motion until **November 10, 2023**. If the Court does not receive a response by that date, it may deem Defendants' motion to dismiss unopposed. Failure to comply with Court orders and deadlines may also result in dismissal of this case for failure to prosecute.

  The Clerk of Court is respectfully directed to mail this order to *pro se* Plaintiff at Plaintiff's last known address.

Dated: September 8, 2023
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge