UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERRICK DERMONT TAYLOR,<br><br>                                Plaintiff,<br><br>            -against-<br><br>CITY OF NEW YORK and NYC HEALTH + HOSPITALS,<br><br>                                Defendants. | 1:22-cv-10214 (JLR) (RWL)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On July 20, 2023, Defendants filed a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure ("Rule") 12(b). *See* ECF No. 24. As Plaintiff did not file any opposition to the motion, the Court, on September 8, 2023, extended his deadline to respond to the motion until November 10, 2023. ECF No. 31. The Court warned Plaintiff that, if it did not receive a response to the motion by that date, "it may deem Defendants' motion to dismiss unopposed." *Id*. The Court added that Plaintiff's failure to comply with the Court's orders and deadlines "may also result in dismissal of this case for failure to prosecute" pursuant to Rule 41(b). *Id*. On November 13, 2023, Defendants requested that the Court dismiss the case with prejudice due to Plaintiff's failure to oppose their motion to dismiss and his failure to prosecute. *See* ECF No. 32.

      As of today's date, Plaintiff has not filed any opposition to Defendants' motion, replied to the Court's order, or otherwise indicated that he intends to pursue this action.

      Plaintiff is directed to respond to Defendants' motion to dismiss by December 15, 2023. If he fails to do so, the Court will dismiss this action for failure to prosecute. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: November 14, 2023
       New York, New York

                                                                          _____
                                                                          JENNIFER L. ROCHON
                                                                          United States District Judge